| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Miladinka Filipovic** | | | Social Security number or ITIN | **xxx–xx–3964** |
| | First Name   Middle Name   Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | | Date case filed for chapter  13 | 2/2/16 |
| Case number: | **16–03106** | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Miladinka Filipovic | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7715 N. Hermitage Ave., #1H<br>Chicago, IL 60626 | |
| 4. | **Debtor's attorney**<br>Name and address | Wade P Callahan<br>Arends & Callahan<br>10129 S Western Avenue<br>Chicago, IL 60643 | Contact phone 773 298–1500<br>Email: arendsandcallahan@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 2/3/16 |

**For more information, see page 2**

| | | | |
|---|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 29, 2016 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**224 South Michigan, Suite 800, Chicago, IL 60604** | |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/29/16** | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/31/16** | |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/1/16** | |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on:<br>**3/23/16** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 644, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | | |

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                                    Case No. 16-03106-PSH
Miladinka Filipovic                                                       Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: carmstead            Page 1 of 2         Date Rcvd: Feb 03, 2016
                              Form ID: 309I              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2016.
db            +Miladinka Filipovic,    7715 N. Hermitage Ave., #1H,    Chicago, IL 60626-1078
24163938       Affex, Inc.,    New Road No. 35,    Belise City, Belise
24163940      +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
24163942      +Brksb/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
24163943      +Cap1/bstby,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
24163944      +Cap1/l&t,    Po Box 30253,    Salt Lake City, UT 84130-0253
24163945      +Cap1/plnkt,    Po Box 30253,    Salt Lake City, UT 84130-0253
24163946      +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
24163947      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
24163950      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
24163961      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
24163963      +Jpm Chase,    Po Box 24696,    Columbus, OH 43224-0696
24163966      +Northern Trust,    265 East Deerpath Road,    Lake Forest, IL 60045-1994
24163967      +Peoples Engy,    200 East Randolph,    Chicago, IL 60601-6302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: arendsandcallahan@yahoo.com Feb 04 2016 01:18:55      Wade P Callahan,
               Arends & Callahan,    10129 S Western Avenue,    Chicago, IL   60643
tr            +E-mail/Text: courtnotices@chi13.com Feb 04 2016 01:20:16      Marilyn O Marshall,
               224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust           +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 04 2016 01:20:29      Patrick S Layng,
               Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
               Chicago, IL 60604-2027
24163939      +EDI: AMEREXPR.COM Feb 04 2016 00:38:00      Amex,    Po Box 297871,
               Fort Lauderdale, FL 33329-7871
24163941       EDI: BANKAMER.COM Feb 04 2016 00:38:00      Bk Of Amer,    Po Box 982235,    El Paso, TX 79998
24163948      +EDI: CHASE.COM Feb 04 2016 00:38:00      Chase - Pier 1,    Po Box 15298,
               Wilmington, DE 19850-5298
24163949      +EDI: CHASE.COM Feb 04 2016 00:38:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
24163951      +EDI: CHASE.COM Feb 04 2016 00:38:00      Chase/best Buy,    Po Box 15298,
               Wilmington, DE 19850-5298
24163952      +EDI: CITICORP.COM Feb 04 2016 00:38:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
24163954      +EDI: WFNNB.COM Feb 04 2016 00:38:00      Comenity Bank/express,    4590 E Broad St,
               Columbus, OH 43213-1301
24163955      +EDI: WFNNB.COM Feb 04 2016 00:38:00      Comenity Bank/limited,    Po Box 182789,
               Columbus, OH 43218-2789
24163956      +EDI: WFNNB.COM Feb 04 2016 00:38:00      Comenity Bank/ny&comc,    Po Box 182789,
               Columbus, OH 43218-2789
24163957      +EDI: WFNNB.COM Feb 04 2016 00:38:00      Comenity Bank/vctrssec,    Po Box 182789,
               Columbus, OH 43218-2789
24163958      +EDI: DISCOVER.COM Feb 04 2016 00:38:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
24163959      +EDI: TSYS2.COM Feb 04 2016 00:38:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
24163962      +E-mail/Text: collectionsbk@glcu.org Feb 04 2016 01:20:58      Great Lakes Cr Un,
               2525 Green Bay Rd,    North Chicago, IL 60064-3012
24163964      +EDI: CBSKOHLS.COM Feb 04 2016 00:38:00      Kohls/chase,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
24163965      +E-mail/Text: bnc@nordstrom.com Feb 04 2016 01:19:43      Nordstrom Fsb,    Po Box 6565,
               Englewood, CO 80155-6565
24163968      +EDI: RMSC.COM Feb 04 2016 00:38:00      Syncb/banana Rep,    Po Box 965005,
               Orlando, FL 32896-5005
24163969      +EDI: RMSC.COM Feb 04 2016 00:38:00      Syncb/banarepdc,    Po Box 965005,
               Orlando, FL 32896-5005
24163970      +EDI: RMSC.COM Feb 04 2016 00:38:00      Syncb/care Credit,    C/o Po Box 965036,
               Orlando, FL 32896-0001
24163971      +EDI: RMSC.COM Feb 04 2016 00:38:00      Syncb/gap,    Po Box 965005,    Orlando, FL 32896-5005
24163972      +EDI: RMSC.COM Feb 04 2016 00:38:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
24163973      +EDI: RMSC.COM Feb 04 2016 00:38:00      Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
24163974      +EDI: CITICORP.COM Feb 04 2016 00:38:00      Thd/cbna,    Po Box 6497,
               Sioux Falls, SD 57117-6497
24163960       EDI: USBANKARS.COM Feb 04 2016 00:38:00      Elan Financial Service,    777 E Wisconsin Ave,
               Milwaukee, WI 53202
24163975      +E-mail/Text: vci.bkcy@vwcredit.com Feb 04 2016 01:21:03      Vw Credit Inc,    1401 Franklin Blvd,
               Libertyville, IL 60048-4460
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24163953*     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: carmstead            Page 2 of 2              Date Rcvd: Feb 03, 2016
                               Form ID: 309I              Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2016 at the address(es) listed below:
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Wade P Callahan    on behalf of Debtor 1 Miladinka  Filipovic arendsandcallahan@yahoo.com
                                                                                               TOTAL: 3
```